UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIRAY TAQWAIN MORRIS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　Defendants. | Case No. 19-cv-02620-HSG<br><br>**ORDER VACATING ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 10 |

The Court VACATES the Order Granting Leave to Proceed *In Forma Pauperis* (Dkt. No. 10). Plaintiff has already paid the filing fee. Dkt. No. 6.

**IT IS SO ORDERED.**

Dated: 7/25/2019

　　　　　　　　　　　　　　　　　　_Haywood S. Gilliam Jr._
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge