# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIRAY TAQWAIN MORRIS,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.,<br>Defendants. | Case No. 19-cv-02620-HSG<br>**ORDER DENYING REQUEST TO TERMINATE PLAINTIFF'S FILING FEE OBLIGATIONS AS MOOT**<br>Re: Dkt. No. 12 |

Plaintiff, an inmate at Pelican Bay State Prison ("PBSP"), filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's request to terminate his filing fee obligations is DENIED AS MOOT. Dkt. No. 12. The Court has vacated the order granting leave to proceed *in forma pauperis*. Dkt. No. 11. Plaintiff has no filing fee obligations, having already paid the filing fee. Dkt. No. 6.

This order terminates Dkt. No. 12.

**IT IS SO ORDERED.**

Dated: 8/1/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge