UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIRAY TAQWAIN MORRIS, <br> Plaintiff, <br> v. <br> STATE OF CALIFORNIA, et al., <br> Defendants. | Case No. 19-cv-02620-HSG <br><br> **ORDER DISMISSING CERTAIN DEFENDANTS WITH PREJUDICE** |

Plaintiff, an inmate at Pelican Bay State Prison ("PBSP"), filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On November 26, 2019, the Court screened the complaint and found that the complaint's allegation that Defendants Warden Robertson in his official capacity, CDCR Secretary Diaz in his official capacity, the state of California, the CDCR, and the CCHCS acted with deliberate indifference in refusing to provide reasonable accommodations for plaintiff as a disabled person stated a cognizable claim for a violation of plaintiff's rights under the ADA. Dkt. No. 16. The Court dismissed with prejudice certain claims, and dismissed with leave to amend the Eighth Amendment claim against Dr. Risenhoover, Dr. Adams, and RN Waddell regarding the medical treatment provided for plaintiff's toes and right knee. *Id.* Plaintiff was instructed that if he wished to amend this claim, he must file an amended complaint by December 24, 2019. Plaintiff was further instructed that failure to file an amended complaint by December 24, 2019 would result in the initial complaint remaining the operative complaint; this action proceeding solely on the ADA claim found cognizable; and defendants Dr. Risenhoover, Dr. Adams, and RN Waddell being dismissed from this action. Plaintiff has not filed an amended complaint and the deadline to do so has passed. The initial complaint remains the operative complaint, and this action will proceed solely on the cognizable ADA claim. Defendants Dr.

Risenhoover, Dr. Adams, and RN Waddell are DISMISSED from this action with prejudice.

**IT IS SO ORDERED.**

Dated: 1/13/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge