1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

TAIRAY TAQWAIN MORRIS,

Case No. 19-cv-02620-HSG

8

Plaintiff,

**ORDER DENYING MOTION TO STAY DISCOVERY**

9

v.

Re: Dkt. No. 41

10

NANCY ADAMS, et al.,

11

Defendants.

12
13

     Plaintiff, an inmate at Pelican Bay State Prison ("PBSP"), filed this *pro se* civil rights

14

action pursuant to 42 U.S.C. § 1983.  On October 27, 2020, Defendants filed a motion for

15

summary judgment, arguing that they are entitled to summary judgment because Defendants were

16

not deliberately indifferent to plaintiff's alleged medical needs; Plaintiff lacks evidence to support

17

his claim for punitive damages; and Defendants are entitled to qualified immunity.  Dkt. No. 40.

18

Defendants have also filed a motion requesting that the Court stay discovery pending a ruling on

19

the summary judgment motion because the qualified immunity question should be resolved before

20

Defendants are required to respond to discovery and because it would be unduly burdensome for

21

Defendants to respond to discovery if Plaintiff's claims are barred by qualified immunity.  Dkt.

22

No. 41.  In Defendants' pending summary judgment motion, while they do claim qualified

23

immunity as an affirmative defense, they also seek summary judgment on other grounds.  *See*

24

*generally* Dkt. No. 40.  Only if qualified immunity were the sole basis for the summary judgment

25

motion would the Court consider staying discovery pending resolution of the motion.

26

Accordingly, Defendants' motion to stay discovery pending resolution of the question of qualified

27

immunity is DENIED.  Dkt. No. 41.

28

//

1  This order terminates Dkt. No. 41.

2  **IT IS SO ORDERED.**

3  Dated:  1/4/2021

4  HAYWOOD S. GILLIAM, JR.

5  United States District Judge

United States District Court
Northern District of California