UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TAWRAY TARWAIN MORRIS, PLAINTIFF

vs.

STATE OF CALIFORNIA, ET AL
DEFENDANTS

PLAINTIFF'
BRIEF IN OPPOSITION TO
SUMMARY JUDGEMENT MOTION

CASE: 19 CV 02620 (HSG)

FILED
APR - 1 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## STATEMENT OF THE FACTS

THIS COURT HAS CONCLUDED THAT THE PLAINTIFF' AMENDED COMPLAINT CLAIMS THAT (1) DESPITE MAKING SEVERAL REQUESTS TO DEFENDANT RISENHOOVER FROM OCTOBER 16, 2015 TO OCTOBER 22", 2016, THE PLAINTIFF DID NOT RECEIVE ANY TREATMENT FOR THE SWELLING IN HIS RIGHT LEG, AND (2) DESPITE SUBMITTING NUMEROUS SICK CALL COMPLAINTS FROM MAY 8", 2017 TO NOVEMBER 26", 2018, PLAINTIFF WAS NOT SEEN OR TREATED BY DEFENDANTS ADAMS REGARDING HIS KNEE OSTEOARTHRITIS STATES COGNIZABLE CLAIMS EIGHTH AMENDMENT CLAIMS AGAINST DEFENDANTS RISENHOOVER AND ADAMS IN THEIR INDIVIDUAL CAPACITIES.

## ARGUMENT

THERE ARE GENUINE ISSUE OF MATERIAL FACT THAT PRECLUDE SUMMARY JUDGEMENT FOR THE DEFENDANTS ON THE PLAINTIFFS DELIBERATE INDIFFERENCE CLAIM

SUMMARY JUDGEMENT IS TO BE GRANTED ONLY IF THE RECORD BEFORE THE COURT SHOWS "THAT THERE IS NO GENUINE ISSUE AS TO ANY MATERIAL FACT AND THAT THE MOVING PARTY IS ENTITLED TO A JUDGEMENT AS A MATTER OF LAW". RULE 56(C), FED. R. CIV. P. A "MATERIAL" FACT IS ONE THAT "MIGHT AFFECT THE OUTCOME OF THE SUIT UNDER THE GOVERNING LAW". ANDERSON VS LIBERTY LOBBY, INC, 477 U.S. 242, 248, 106 S.Ct 2505 (1986).

THE DECLARATIONS OF THE PLAINTIFF AND THE DEFENDANTS ARE SQUARELY CONTRADICTORY AS TO WHETHER THE DEFENDANTS FAILED TO TREAT THE PLAINTIFF' CONDITION WHICH RESULTED IN FURTHER SIGNIFICANT INJURY OR THE "UNNECESSARY AND WANTON INFLICTION OF PAIN.

A REASONABLE JURY COULD FIND FOR THE PLAINTIFF BASED ON THE FACTS IN THE PLAINTIFF' AMENDED COMPLAINT AND DECLARATION, AND SUMMARY JUDGEMENT MUST THEREFORE BE DENIED. ANDERSON VS. LIBERTY LOBBY, INC 477 U.S. 242, 248, 106 S.Ct 2505 (1986)

## Conclusion

For the foregoing reasons, the defendants motion for summary judgement should be denied.

* Dated: March 29, 2021

Sincerely, Tairay Taquinn Morris

Tairay Taquinn Morris
CDC#: J62077
Pelican Bay State Prison
P.O. Box 7500
Pelican Bay State Prison
Crescent City, California 95532

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY
(Fed. R. Civ. Proc. 5; 28 U.S.C. § 1746)

I, __TAIGAY JAQWAIN MORRIS__, declare: I am over eighteen (18) years of age and am a party to this action. I am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit __B3__ Cell Number __114__, Crescent City, CA, 95532-7500.

On the __MARCH 29th__ day of __2021__, I served the following document(s):

__PLAINTIFF'S STATEMENT OF DISPUTED FACTUAL ISSUES IN OPPOSITION TO DEFENDANTS SUMMARY JUDGEMENT MOTION.__

On the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA, 95532, and addressed as follows:

MICHAEL J. QUINN
DEPUTY ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CALIFORNIA 94102-3664

I declare under penalty of perjury that the foregoing is true and correct.

___Taigay Jaqwain Morris___      __3-29-2021__
Inmate Signature     Date