NORTHERN DISTRICT OF CALIFORNIA

TAIRAY TAQWAIN MORRIS, PLAINTIFF

VS.

STATE OF CALIFORNIA, ET AL
DEFENDANTS

PLAINTIFF'S
DECLARATION IN OPPOSITION TO
DEFENDANTS MOTION FOR SUMMARY JUDGEMENT

CASE#: 19 cv 02620 (HSG)

**FILED**

APR - 1 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TAIRAY TAQWAIN MORRIS, STATES:

* 1". I AM THE PLAINTIFF IN THE ABOVE ENTITLED CASE. I MAKE THIS DECLARATION IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT, ON MY CLAIMS CONCERNING DELIBERATE INDIFFERENCE, AGAINST ME BY DEFENDANTS RISENHOOVER AND ADAMS.

* 2". THE DEFENDANTS ARE NOT ENTITLED TO SUMMARY JUDGEMENT BECAUSE THERE ARE GENUINE ISSUES OF MATERIALS FACTS TO BE RESOLVED. THESE ISSUES ARE IDENTIFIED IN THE ACCOMPANYING STATEMENT OF DISPUTES FACTUAL ISSUES FILED BY THE PLAINTIFF PURSUANT TO LOCAL RULE 7-3(a) OF THIS DISTRICT COURT THE FACTS ARE SET OUT IN THIS DECLARATION.

* 3". I MADE SEVERAL REQUEST TO DEFENDANT RISENHOOVER FROM OCTOBER 16", 2015 TO OCTOBER 27", 2016 COMPLAINING ABOUT THE SWELLING IN MY RIGHT LEG, BUT RISENHOOVER DID NOT TREAT MY INJURIES WHICH RESULTED IN FURTHER SERIOUS INJURIES

* 4". I MADE NUMEROUS SICK CALL REQUEST FROM MAY 8TH, 2017 TO NOVEMBER 25", 2018 REGARDING MY KNEE OSTEOARTHRITIS BUT DEFENDANT ADAMS FAILED TO TREAT MY SERIOUS MEDICAL CONDITION WHICH RESULTED IN FURTHER DEGRADATION OF MY SERIOUS MEDICAL CONDITION, CONTRARY TO DEFENDANT DR. ADAMS DECLARATION DATED OCTOBER 23", 2020

* 5". ON OCTOBER 27", 2020, THE DEFENDANTS FILED A NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGEMENT.

* 6". MY DELAY IN FILING MY OPPOSITION TO THE DEFENDANTS MOTION FOR SUMMARY JUDGEMENT, IS DUE IN PART TO MY LIMITED ACCESS TO THE PRISON LAW LIBRARY AND MY DEPENDENCE ON OTHER INMATES TO HELP ME FILE THIS DECLARATION AND SUPPORTING MOTIONS.

* 7. The foregoing factual allegations create a genuine issue of material fact and will, if proved at trial, support a judgement in my favor, as explained in the brief submitted with the declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

* Dated: March 29, 2021

Sincerely, Tairay Taqwain Morris

Tairay Taqwain Morris
CDC#: J62077
Pelican Bay State Prison
P.O. Box 7500
Crescent City, California 95532



MR. J-62077
TARAYMORRIS
PBSP B3-114
P.O.BOX 7500
CRESCENT CITY, CA
95532-7000

LEGAL MAIL

#M: CLERK
UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET SUITE 400 S
OAKLAND, CA 94612

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

945 285200 CCG7



CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

lel/belg

