UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TAIRAY TARWAIN MORRIS, PLAINTIFF

PLAINTIFF'S STATEMENT OF DISPUTED ISSUES IN OPPOSITION TO DEFENDANTS SUMMARY JUDGEMENT MOTION

vs.

STATE OF CALIFORNIA, et al
DEFENDANTS

CASE#: 19 cv 02620 (HSG)

THE DEFENDANTS HAVE MOVED FOR SUMMARY JUDGEMENT ON THE PLAINTIFF'S CLAIM OF DELIBERATE INDIFFERENCE. PURSUANT TO LOCAL RULE 7-3(a) OF THIS COURT, THE PLAINTIFF SUBMITS THE FOLLOWING LISTED OF GENUINE ISSUES OF MATERIAL FACT THAT REQUIRE THE DENIAL OF DEFENDANTS MOTION

1°. WHETHER DESPITE MAKING SEVERAL REQUESTS TO DEFENDANTS RISENHOOVER FROM OCTOBER 16", 2015 TO OCTOBER 22", 2016, PLAINTIFF DID NOT RECEIVE ANY TREATMENT FOR THE SWELLING IN HIS RIGHT LEG.

2°. WHETHER DESPITE SUBMITTING NUMEROUS SICK CALLS COMPLAINTS FROM MAY 8", 2017 TO NOVEMBER 26", 2018, PLAINTIFF WAS NOT SEEN OR TREATED BY DEFENDANT- ADAMS REGARDING HIS KNEE OSTEOARTHRITIS WHICH RESULTED IN FURTHER SERIOUS INJURY(S)

DATED: MARCH 29", 2021

SINCERELY, *(signature)* TAIRAY TAQWAIN MORRIS

TAIRAY TAQWAIN MORRIS
CDC#: J62077
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CALIFORNIA 95532