UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIRAY TAQWAIN MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY ADAM, et al.,<br><br>    Defendants. | Case No. 19-cv-02620-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order Granting Defendants' Motion for Summary Judgment, the Court has granted summary judgment in favor of Defendants. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/26/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge