NORTHERN DISTRICT OF CALIFORNIA

TAIRAY TAQWAIN MORRIS,
                            PLAINTIFF

                                              NOTICE OF APPEAL

            vs.

NANCY ADAMS, et al                            19-CV-2620-HSG
                  DEFENDANTS

                                              FILED a

NO                                            JUN 21 2021
For D                                         SUSAN Y. SOONG
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
NC              Notice OF APPEAL              OAKLAND

Notice is hereby given that TAIRAY T. MORRIS hereby appeals to the
United States Court of Appeals for the 9th circuit from the
District Court's granting of the defendants motion for summary
judgement in this action on 26th day of May, 2021

                                    RESPECTFULLY Submitted,

                                    TAIRAY T. MORRIS
                                    CDC#: J62077
                                    Pelican Bay State Prison
                                    P.O. BOX 7500
                                    Crescent City, California 9553?



neopost
06/16/2021
US POSTAGE $000
ZIP 9
041L12203679

MR. TARAY MARRIS   J.62077
PBSP B3-114
P.O. box 7500
CRESCENT CITY, CA
95532.7000

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

LEGAL MAIL

ATTN: CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 400 SOUTH
OAKLAND, CALIFORNIA 94612

94612-85225

Blakesley

6/15/21