UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIRAY TAQWAIN MORRIS,<br>　　　　　Plaintiff,<br>　　v.<br>NANCY ADAMS, et al.,<br>　　　　　Defendants. | Case No. 19-cv-02620-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 61 |

　　　　Plaintiff's request for an extension of time to file his second amended complaint is GRANTED. Dkt. No. 61. The original deadline for filing the second amended complaint was September 26, 2022. Dkt. No. 57. Upon receiving notice that Plaintiff was no longer housed at his address of record, the Court *sua sponte* granted Plaintiff an extension of time to October 31, 2022 to file his second amended complaint. Dkt. No. 59. The Court sent the order granting an extension of time both to Plaintiff's address of record and the address listed on the CDCR Inmate Locator.

　　　　Plaintiff has now requested a second extension of time to file his second amended complaint. Dkt. No. 61. The Court GRANTS this request. By **November 30, 2022**, Plaintiff shall file a second amended complaint addressing the deficiencies in his ADA claim, as set forth in the Court's August 29, 2022 order, Dkt. No. 57. Plaintiff is reminded that because an amended complaint completely replaces the previous complaints, Plaintiff must include in his second amended complaint all the claims he wishes to present and all of the defendants he wishes to sue. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Plaintiff may not incorporate material from the prior complaints by reference. Plaintiff may not change the nature of this suit by alleging new, unrelated claims in the second amended complaint. Plaintiff also may not raise

again the Eighth Amendment claims against defendants Risenhoover and Adams that the Court has already granted summary judgment on.

Failure to file a second amended complaint in accordance with this order in the time provided will result in dismissal of this action without further notice to Plaintiff for failure to prosecute and/or failure to comply with a court order. The Clerk shall include two copies of a blank complaint form with a copy of this order to Plaintiff.

Plaintiff is reminded that he is responsible for prosecuting this case. Plaintiff must promptly keep the Court informed of any change of address and must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

This order terminates Dkt. No. 61.

**IT IS SO ORDERED.**

Dated:   11/7/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

2