UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIRAY TAQWAIN MORRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY ADAMS, et al.,<br><br>    Defendants. | Case No. 19-cv-02620-HSG<br><br>**ORDER GRANTING FINAL EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 65 |

Plaintiff has filed the instant *pro se* action, alleging violations of the Americans with Disabilities Act ("ADA"). Now pending before the Court is Plaintiff's request for a third extension of time to file his second amended complaint.

## DISCUSSION

### I.  Procedural Background

On August 29, 2022, the Court granted Plaintiff leave to amend his ADA claim and ordered him to file a second amended complaint addressing the deficiencies in his ADA claim by September 26, 2022. Dkt. No. 57 at 4. The August 29, 2022 order (Dkt. No. 57) was sent to Plaintiff's address of record at San Quentin State Prison. On September 12, 2022, the Court's August 29, 2022 Order (Dkt. No. 57) was returned to the Court as undeliverable. Using the California Department of Corrections and Rehabilitation ("CDCR")'s inmate locator, the Court determined that Plaintiff was housed at Calipatria State Prison at that time.

In light of the returned mail, on October 7, 2022, the Court *sua sponte* granted Plaintiff an extension of time to October 31, 2022 to file his second amended complaint. Dkt. No. 59. The October 7, 2022 Order (Dkt. No. 59) was sent to both Plaintiff's address of record and to Calipatria State Prison.

1    On or about October 27, 2022, Plaintiff requested a second extension of time to November
2    30, 2022 to file his second amended complaint, stating that he had good cause for an extension of
3    time because Defendants had violated his civil rights, he had limited access to the inmate assistant
4    who helps him in preparing legal papers, and he did not receive Dkt. No. 57 until October 18,
5    2022 due to his change of address. Dkt. No. 61. On November 7, 2022, the Court granted this
6    request. Dkt. No. 62. The November 7, 2022 Order was sent to Plaintiff's address of record at
7    San Quentin State Prison. The Court sends orders only to the address of record. It is not the
8    Court's responsibility to determine whether a litigant has changed his or her mailing address. The
9    Court need not, and will not, check the CDCR Inmate Locator or the return address on prior filings
10   before an order is sent to a *pro se* prisoner litigant.

11   On November 28, 2022, the November 7, 2022 Order (Dkt. No. 62) was returned to the
12   Court as undeliverable. Dkt. No. 63. As a courtesy, on December 1, 2022, the Court sent the
13   November 7, 2022 Order (Dkt. No. 62) to Calipatria State Prison. On or about December 1, 2022,
14   Plaintiff filed a notice of change of address with the Court, which was docketed on December 5,
15   2022, indicating that his address of record was now Calipatria State Prison. Dkt. No. 64.

16   **II.    Final Extension of Time to File Second Amended Complaint**

17   On or about December 15, 2022, two weeks after the November 30, 2022 deadline,
18   Plaintiff sent the Court a request for a third extension of time to file his second amended
19   complaint, asking to extend the deadline to thirty days from the date of the Court's order. Dkt.
20   No. 65. Plaintiff argues that he has good cause for a third extension of time because Defendants
21   have violated his civil rights, he has limited access to the inmate assistant who helps him in
22   preparing legal papers, and he did not receive Dkt. No. 62 until December 5, 2022. Dkt. No. 65.
23   Three months have passed since the initial deadline for filing the second amended complaint.
24   Plaintiff's assertion that his rights have been violated and his reliance on an inmate assistant to
25   prepare his pleadings do not constitute good cause for a multi-month extension of time to file a
26   second amended complaint. Plaintiff's failure to timely receive the Court's orders is due to his
27   failure to promptly notify the Court of his change of address. However, in the interests of justice,
28   the Court GRANTS Plaintiff a final extension of time to January 27, 2023 to file his second

amended complaint.  No further extensions of time will be granted.  Failure to file a second amended complaint in accordance with this order in the time provided will result in dismissal of this action without further notice to Plaintiff for failure to prosecute and/or failure to comply with a court order.  The Clerk shall include two copies of a blank complaint form with a copy of this order to Plaintiff.

## CONCLUSION

For the reasons set forth above, the Court GRANTS Plaintiff a final extension of time to January 27, 2023 to file his second amended complaint.  Dkt. No. 65.  No further extensions of time will be granted.

Failure to file a second amended complaint in accordance with this order in the time provided will result in dismissal of this action without further notice to Plaintiff for failure to prosecute and/or failure to comply with a court order.  The Clerk shall include two copies of a blank complaint form with a copy of this order to Plaintiff.

This order terminates Dkt. No. 65.

**IT IS SO ORDERED.**

Dated:   12/27/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

3